Shawn C. Groff (SBN 248022)
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA IBEW 595-NECA TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.; and DON CAMPBELL in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.;<br><br>Plaintiffs,<br><br>v.<br><br>HUTCHINSON & HUTCHINSON ELECTRICAL CONSTRUCTION, INC., a California Corporation, and LENNARD HUTCHINSON, Individually, d/b/a HUTCHINSON & HUTCHINSON ELECTRICAL CONSTRUCTION, INC., and/or HUTCHINSON & HUTCHINSON Electrical Construction,<br><br>Defendants. | JUDGE SAMUEL CONTI<br><br>Case No: 08-05114 SC<br><br>**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2) AND [PROPOSED] ORDER** |

Now comes Plaintiffs, pursuant to Fed. R. Civ. Pro. 41(a)(2), and respectfully request that the Court dismiss all claims in the above-captioned action without prejudice.

Based upon this Court's prior stay of this matter, Plaintiffs pursued a related cause of

1
REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER
Case No. 08-05114 SC

action in state court and received a default judgment against the Defendant Hutchinson & Hutchinson Electrical Construction, Inc. on March 3, 2010, but due to issues related to service upon Defendant Lennard Hutchinson, Plaintiffs requested and were granted a Dismissal Without Prejudice of Defendant Lennard Hutchinson on November 17, 2009, in the state action. For the same reasons, Plaintiffs now seek the same dismissal in this matter.

Dated: April 22, 2010                              LEONARD CARDER, LLP

                                        By:    /s/ Shawn C. Groff
                                               Shawn C. Groff
                                               Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Samuel Conti

ORDER

The Court hereby dismisses all claims by Plaintiffs against Defendants in the above referenced matter without prejudice.

Date:

_____
SAMUEL CONTI

UNITED STATES DISTRICT COURT